PD-0746-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/18/2015 10:53:56 AM
Accepted 6/19/2015 2:15:42 PM
ABEL ACOSTA
CLERK

**No. PD-_____**

In the Court of Criminal Appeals of Texas

◆

**No. 14-13-00559-CR**

In the Fourteenth District Court of Appeals (Houston, Texas)

◆

**No. 1368190**

In the 228th District Court, Harris County, Texas

◆

**JUAN QUINTERO,**

*Petitioner*

**v.**

**THE STATE OF TEXAS,**

*Respondent*

◆

**PETITIONER'S MOTION FOR EXTENSION OF TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW**

◆

FILED IN
COURT OF CRIMINAL APPEALS

June 19, 2015

ABEL ACOSTA, CLERK

PEYTON Z. PEEBLES, III

SHELLIST, PEEBLES & MCALISTER, LLP
405 Main Street, Suite 200
Houston, Texas 77002
Tel.:     (713) 715-4500
Fax:     (713) 715-4505
Email:   peebles@texaslegalteam.net
SBOT:   24013307

*Counsel for Petitioner*

1

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

Petitioner Juan Quintero, through his undersigned counsel and in accordance with Tex. R. App. P. 2, 10.5(b), and 68.2(c), respectfully moves this Court for more time in which to file his petition for discretionary review ("PDR") in this case. Petitioner offers the following in support:

1. Petitioner requests a 30-day extension of time in which to file his PDR.

2. The PDR is due today, June 18, 2015.

3. A divided panel from the Fourteenth District Court of Appeals issued its majority and dissenting published opinions, and judgment affirming petitioner's conviction, on May 19, 2015.

4. Petitioner did not file a motion for rehearing or motion for en banc reconsideration.

5. Petitioner was convicted of aggravated sexual assault of a child and received a 6-year prison sentence pursuant to a plea bargain.

6. The undersigned counsel requires more time to draft petitioner's PDR for the following reasons:

   a. Counsel has been in trial, or preparing for trial

and/or sentencing, in many matters, some of which are:

    i. *State of Texas v. John Lancey,* No. 1405593 in the 184th District Court of Harris County, Texas;

    ii. *State of Texas v. Jose Garza*, No. 1453925 in the 209th District Court of Harris County, Texas;

    iii. *State of Texas v. Alfonso Martinez*, No. 1453358 in the 338th District Court of Harris County, Texas;

    iv. *United States v. Svetalina Zagon*, No. 12-CR-00626-SJ in the United States District Court for the Eastern District of New York (Brooklyn Division); and

b. During the relevant time period the undersigned counsel has been working on numerous post-conviction writ matters, some of which are:

    i. *Ex parte Jaime Vasquez*, No. 720173-A (original case) in the 177th District Court of Harris County, Texas;

    ii. *Ex parte Javier Castro*, No. 1966885 in the County Criminal Court at Law No. 6 of Harris

County, Texas; and

    c.  The undersigned counsel was out of town on vacation from June 9, 2015, through June 13, 2015.

7.    The undersigned counsel asks that time to file this PDR be extended to July 20, 2015 (the 18th falling on a Saturday).

Consequently, additional time will necessary in order to prepare petitioner's PDR in this matter.

**PRAYER FOR RELIEF**

For the foregoing reasons, Petitioner prays that this Court grant him an extension of time to file this PDR until July 20, 2015.

Respectfully submitted,

**SHELLIST, PEEBLES & MCALISTER, L.L.P.**

By:

/s/ Peyton Z. Peebles III

**PEYTON Z. PEEBLES III**

405 Main Street, Suite 200
Houston, TX. 77002
Tel:    713-715-4500
Fax:    713-715-4505
Email: peebles@texaslegalteam.net
SBOT: 24013307
SPN:   01759419

*Counsel for Petitioner*

——————◆——————

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing motion was served upon the parties designated below by e-filing on June 18, 2015.

**Clinton A. Morgan**
Harris County Assistant District Attorney
1201 Franklin, Suite 600
Houston, Texas 77002
*(service by e-file to morgan_clinton@dao.hctx.net)*

**Lisa C. McMinn**
Texas State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, Texas 78711
*(service by e-file to information@spa.texas.gov)*

/s/ Peyton Z. Peebles III
—————————————————
**PEYTON Z. PEEBLES III**